IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ATLAS NEUROPHYSIOLOGICAL ASSESSMENT LLC,<br><br>Petitioner,<br><br>vs.<br><br>ALLEGIANCE BENEFIT PLAN MANAGEMENT INC.,<br><br>Respondent. | CV 25-95-M-KLD<br><br>ORDER |

    Petitioner Atlas Neurophysiological Assessment, LLC has filed a Motion for Entry of Default against Respondent Allegiance Benefit Plan Management, Inc., pursuant to Federal Rule of Civil Procedure 55(a). (Doc. 6). Based on the information provided in Petitioner's motion (Doc. 6) and Affidavit of Service (Doc.5),

    IT IS ORDERED that the Motion for Entry of Default (Doc. 6) is GRANTED. The Clerk of Court is directed to enter default against Allegiance Benefit Plan Management, Inc. pursuant to Rule 55(a).

    DATED this 5th day of September, 2025.

                                                                                  _____
                                                                                Kathleen L. DeSoto
                                                                                United States Magistrate Judge