IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ATLAS NEUROPHYSIOLOGICAL ASSESSMENT LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALLEGIANCE BENEFIT PLAN MANAGEMENT, INC.,<br><br>　　　　　Defendant. | CV 25–95–M–DWM<br><br><br>ORDER |

Plaintiff Atlas Neurophysiological Assessment LLC having filed a notice of dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED. All pending motions are MOOT and all deadlines are VACATED.

DATED this 28th day of October, 2025.

　　　　　　　　　　　　　　　　Donald W. Molloy, District Judge
　　　　　　　　　　　　　　　　United States District Court